Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

[Additional counsel listed on signature page]

*Attorneys for Plaintiffs and all others similarly situated*

Robert D. Phillips, Jr.
Thomas A. Evans
REED SMITH LLP
101 Second Street
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
rphillips@reedsmith.com
tevans@reedsmith.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

PAUL DE LA TORRE and JOSHUA OGDEN, an individual, on behalf of himself and all others similarly situated,

  Plaintiffs,

v.

GNC HOLDINGS, INC., GENERAL NUTRITION CORPORATION, GENERAL NUTRITION CENTERS, INC.,

  Defendants.

Case No. 5:15-cv-00561-BLF

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1407**

On March 27, 2015, the Court entered an order extending Defendants' time to respond to the Complaint in this matter until after the resolution of a motion to create a Multi-District Litigation ("MDL") pending before the Judicial Panel on Multidistrict Litigation ("JPML") that, if granted, would transfer this action and related actions to a single court as part of MDL No. 2621 for consolidated pretrial proceedings, pursuant to 28 U.S.C. § 1407. Since the entry of the order, the JPML

| 1  | has set a hearing on the Motion to Transfer for May 28, 2015.
| 2  |     On April 4, the clerk issued a notice setting a Case Management Conference
| 3  | for June 4, 2015, and setting the deadline for CMC Statements on May 28, 2015.
| 4  | Because the JPML will not hear the motion until May 28, the Motion to Transfer
| 5  | will likely not be resolved as of the June 4, CMC date. If the motion is granted, it
| 6  | will moot the need for further proceedings in this Court. If the motion is denied,
| 7  | Defendants' time to respond to the Complaint will likely not expire until some time
| 8  | in July 2015.
| 9  |     In light of the foregoing the undersigned parties stipulate and request that the
| 10 | Court vacate the Case Management Conference currently set for June 4, 2015 in
| 11 | this matter, subject to being reset, if necessary, after the JPML has ruled on the
| 12 | pending Motion to Transfer.

| | | |
|---|---|---|
| Dated: | April 17, 2015 | PRATT & ASSOCIATES |

By: /s/ Ben F. Pierce Gore

Ben F. Pierce Gore (SBN 128515)
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Kenneth R. Shemin, ABA No. 78138
**SHEMIN LAW FIRM, PLLC**
3333 Pinnacle Hills Parkway, Suite 603
Rogers, AR 72758
Telephone: (479) 845-3305
Facsimile: (479) 845-2198

Thomas P. Thrash (ABA No. 80147)
Marcus N. Bozeman (ABA No. 95287)
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-2222
Facsimile: (501) 374-2222

Dewitt M. Lovelace
Valerie Lauro Nettles
**LOVELACE AND ASSOCIATES, PA**
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 827-6020
Facsimile: (850) 837-4093

Charles J. LaDuca
**CUNEO GILBERT & LADUCA, LLP**
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 589-1813

Taylor Asen
**CUNEO GILBERT & LADUCA, LLP**
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: (202) 789-3960
Facsimile: (202) 589-1813

Richard R. Barrett
**Law Office of Richard R. Barrett, PLLC**
2086 Old Taylor Road, Suite 1011
Oxford, Mississippi 38655
Telephone: (662) 380-5018
Facsimile: (866) 430-5459

*Attorneys for Plaintiffs and all others similarly situated*


REED SMITH LLP


By: /s/ Thomas A. Evans
Robert D. Phillips, Jr.
Thomas A. Evans
101 Second Street
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
rphillips@reedsmith.com
tevans@reedsmith.com

*Attorneys for Defendants*

The Case Management Conference set for June 4, 2015 in this matter is CONTINUED to August 20, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 20, 2015

_____
THE HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE